# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

### CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.   If debtor has both a street and mailing address, please indicate which address is being updated.**

For:   ☑   Debtor
       ☐   Attorney [If Applicable:]  Name: _____
       ☐   Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:         ☐   Husband <u>and</u> Wife
                            ☑   Husband <u>Only</u>
                            ☐   Wife <u>Only</u>

*[If applicable]* Case Name:  Floyd Derricott_____
*[If applicable]* Case No./Adversary Proceeding No.:  10-38019_____
*[If applicable]* Creditor Name:  _____

☑ Street Address      ☐ Mailing Address
New Address:  10259 Lakeridge Square Ct., Apartment A_____
              No. and Street, Apt., P. O. Box or R. D. No.

City:  Ashland_____     State:  VA     Zip:  23005


☑ Street Address      ☐ Mailing Address
Old Address:  2821-F Hilliard Rd_____
              No. and Street, Apt., P. O. Box or R. D. No.

City:  Henrico_____     State:  VA     Zip:  23228

Telephone Number: ( 804 ) 405-5564_____
              **Please include area code**


                              /s/ Richard J. Oulton_____
                              Signature of Filer [*check filer type below*]:
                              ☑   Attorney for Debtor
                              ☐   Debtor  *[If joint case and address is for <u>husband and wife</u>, both debtors must sign.]*
                              ☐   Creditor
                              ☐   Attorney

Date:  March 2, 2011_____
pc:    Trustee
       United States Trustee
       Creditor (for creditor's change of address)

[changead ver. 02/08]